IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 05-0581M-01 |
| ) | |
| ROBERT J. STEIN, JR., ) | |
| ) | |
| Defendant. ) | |
| ) | |

### MOTION TO UNSEAL

COMES NOW the United States of America, by and through its undersigned counsel, in the above-entitled and numbered cause, and respectfully moves this Court to unseal the previously sealed Warrant for Arrest, Affidavit in Support of Warrant for Arrest, Seizure Warrant and Affidavit for Seizure Warrant in this matter.

RECEIVED
NOV 17 2005

A proposed order is attached.

DATED: November 16, 2005.

NOEL L. HILLMAN
Chief, Public Integrity Section

RICHARD WEBER
Chief, Asset Forfeiture and Money
    Laundering Section

RICHARD PELTIER
Acting Chief, Fraud Section

_____
JAMES A. CROWELL IV
MARK YOST
PATRICK MURPHY
ANN C. BRICKLEY

Trial Attorneys
U.S. Department of Justice
Criminal Division
1400 New York Ave., NW
Washington, DC 20530
(202) 514-1412
james.crowell@usdoj.gov
Mark.yost@usdoj.gov
Patrick.murphy@usdoj.gov
Ann.brickley@usdoj.gov

2