IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.   )<br>)<br>ROBERT J. STEIN, JR.,   )<br>)<br>Defendant.   )<br>_____ ) | Criminal No. 05-0581M-01 |

### ORDER

Upon consideration, the United States' Motion to Unseal is hereby GRANTED, and it is hereby

ORDERED that the previously sealed Warrant for Arrest, Affidavit in Support of Warrant for Arrest, Seizure Warrant and Affidavit for Seizure Warrant is hereby UNSEALED.

ORDERED this _____ day of _____, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that on this 16th day of November, 2005, I caused to be served by regular mail a copy of the foregoing filing:

    Federal Public Defender of North Carolina
    Eastern District of North Carolina

    _____
    JAMES A. CROWELL IV
    Trial Attorney
    U.S. Department of Justice
    Criminal Division
    Public Integrity Section
    10th & Constitution Ave., NW
    Washington, DC 20530
    (202) 514-1412
    james.crowell@usdoj.gov