**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF NORTH CAROLINA
OFFICE OF THE CLERK
November 17, 2005

| | |
|---|---|
| **FRED L. BORCH III,** <br> **CLERK OF COURT** | **REPLY TO:** <br> POST OFFICE BOX 25670 <br> RALEIGH, NC 27611 <br> (919) 645-1700 |

Clerk, US District Court
1834 E. Barrett Prettyman US Courthouse
333 Constitution Avenue, NW
Washington, DC 20001-2802

Dear Clerk of Court:

      Re: **ROBERT J. STEIN, JR.**
          Your Case No: 05-0581M-01
          Our Case No:   5:05-M-1140

Enclosed are certified copies of the following documents and papers in the above-entitled case(s) for disposition in your District:

1. DOCKET SHEET
2. FINANCIAL AFFIDAVIT
3. ORDER APPOINTING COUNSEL
4. WAIVER OF RULE 5 HEARINGS
5. COMMITMENT TO ANOTHER DISTRICT

Please acknowledge receipt of these papers by signing, dating and returning the enclosed copy of this letter.  Thank you.

                                                        Sincerely,

                                                        Shannon Thuemmel Proctor
                                                       Deputy Clerk

Enclosures


RECEIVED
NOV 2 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CLOSED

# U.S. District Court
## Eastern District of North Carolina (Western Division)
### CRIMINAL DOCKET FOR CASE #: 5:05-mj-01140-SES-ALL
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Stein | Date Filed: 11/15/2005 |

Assigned to: USMJ E. S. Swearingen

**Defendant**

**Robert J. Stein, Jr.** (1)
*TERMINATED: 11/15/2005*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Wire Fraud, 18 USC 1343; Interstate Transport of Stolen Property, 18 USC 2314 and 371; and Money Laudering conspiracy, 18 USC 1956(H) | |

*certify the foregoing to be a true and correct copy of the original.*
*Fred L. Borch III, Clerk*
*United States District Court*
*Eastern District of North Carolina*
*By _____ Deputy Clerk*

**Plaintiff**
USA

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2005 | | Arrest (Rule 5) of Robert J. Stein, Jr (Deputy Clerk, STP) (Entered: 11/16/2005) |

RECEIVED

NOV 21 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| 11/15/2005 | 1 | Minute Entry for proceedings held before Judge E. S. Swearingen :Removal Hearing held on 11/15/2005 in Fayetteville. Deft. does not qualify for Ct. appointed counsel. Ct. appoints counsel for removal hrg. only. Deft. advised of charges. Govt. moves for dtn. Deft. voluntarily waives Rule 5 hrgs. Deft. ordered detained and committed to the District of Columbia. Deft. remanded to custody of USM. (Court Reporter computer.) (Deputy Clerk, STP) (Entered: 11/16/2005) |
|---|---|---|
| 11/15/2005 | | CJA 23 Financial Affidavit by Robert J. Stein, Jr (Deputy Clerk, STP) (Entered: 11/16/2005) |
| 11/15/2005 | 2 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Robert J. Stein, Jr . Signed by Judge E. S. Swearingen on 11/15/05. (Deputy Clerk, STP) (Entered: 11/16/2005) |
| 11/15/2005 | 3 | WAIVER of Rule 5 Hearings by Robert J. Stein, Jr (Deputy Clerk, STP) (Entered: 11/16/2005) |
| 11/15/2005 | | Oral MOTION for Detention by USA as to Robert J. Stein, Jr. (Deputy Clerk, STP) (Entered: 11/16/2005) |
| 11/15/2005 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Robert J. Stein, Jr. Defendant committed to District of District of Columbia. . Signed by Judge E. S. Swearingen on 11/15/05. (Deputy Clerk, STP) (Entered: 11/16/2005) |
| 11/15/2005 | | Rule 5 docs sent to District of Columbia as to Robert J. Stein, Jr: (Deputy Clerk, STP) (Entered: 11/16/2005) |
| 11/15/2005 | | ***Set/Clear Flags as to Robert J. Stein, Jr, ***Terminated defendant Robert J. Stein, Jr, pending deadlines, and motions. (Deputy Clerk, STP) (Entered: 11/16/2005) |