(Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF __COLUMBIA__

UNITED STATES OF AMERICA
V.

ROBERT J. STEIN, JR.

**WARRANT FOR ARREST**

**FILED**
DEC 0 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 05-0581M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ROBERT J. STEIN, JR.___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**CONSPIRACY TO VIOLATE STATUTES OF THE UNITED STATES, NAMELY TITLE 18, UNITED STATES CODE, SECTIONS 1343 (WIRE FRAUD) AND 2314 (INTERSTATE TRANSPORTATION OF STOLEN PROPERTY), IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 371; AND MONEY LAUNDERING CONSPIRACY, IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1956(H).**

ALAN KAY
U.S. MAGISTRATE JUDGE

Name of Issuing Officer

Signature of Issuing officer

ALAN KAY
U.S. MAGISTRATE JUDGE

Title of Issuing Officer

NOV 0 4 2005 District of Columbia

Date and Location

Bail fixed at $ _____  by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 11/04/05 | NAME AND TITLE OF ARRESTING OFFICER Reporting Fitzgerald, Derrick DUSM | SIGNATURE OF ARRESTING OFFICER Reporting Derrick F_____ |
|---|---|---|
| DATE OF ARREST 12/06/05 | | |