AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF _____ COLUMBIA _____

UNITED STATES OF AMERICA

V.

ROBERT J. STEIN, JR.

**WARRANT FOR ARREST**

CASE NUMBER: 05-0581M-01

*INVESTIGATIVE COPY ONLY*
*ORIGINAL ON FILE WITH*
*U.S. MARSHAL RM*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ROBERT J. STEIN, JR. _____
                                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

CONSPIRACY TO VIOLATE STATUTES OF THE UNITED STATES, NAMELY TITLE 18, UNITED STATES CODE, SECTIONS 1343 (WIRE FRAUD) AND 2314 (INTERSTATE TRANSPORTATION OF STOLEN PROPERTY), IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 371; AND MONEY LAUNDERING CONSPIRACY, IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1956(H).

ALAN KAY
U.S. MAGISTRATE JUDGE

Name of Issuing Officer: *Alan Kay* (signature)

Title of Issuing Officer: U.S. MAGISTRATE JUDGE

Signature of Issuing officer

Date and Location: NOV 04 2005

Bail fixed at $ _____

by _____ NANCY MAYER WHITTINGTON, CLERK
    Name of Judicial Officer — U.S. DISTRICT COURT

**FILED** DEC 1 9 2005

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at 5610 SPREADING BRANCH ROAD, HOPE MILLS, NC

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/04/05 | RODNEY COLESON - ICE SPECIAL AGENT | Kandy Gregory for Rodney Coleson |
| DATE OF ARREST 11/14/05 | | |