RECEIVED

JAN 11 2006

CHAMBERS OF
MAGISTRATE JUDGE ROBINSON

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 05-0581M-01 |
| | ) | |
| ROBERT J. STEIN, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**FILED**

JAN 11 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>ORDER</u>

Upon consideration, the Consent Motion to Extend Time For Government To Seek an Indictment and to Continue the Detention Hearing and Preliminary Hearing is hereby granted. The Criminal Complaint previously filed in this matter will remain in effect until February 15, 2006. Accordingly, the Court finds good cause to exclude time under 18 U.S.C. § 3161 and finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(8)(A).

The Court specifically finds good cause to exclude the time from January 12, 2006 to February 15, 2006 based on the representation that the Parties require additional time to provide the Government and the Defendant's counsel with sufficient time for effective preparation, to allow the parties to explore a pre-indictment resolution of the case and continue to explore certain aspects of the investigation, such that the failure to grant such a continuance would unreasonably deny the Government and the

Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

Based upon these findings, IT IS HEREBY ORDERED THAT the Criminal Complaint previously filed in this matter will remain in effect until February 15, 2006. The Preliminary Hearing and the Detention Hearing are continued until February 15, 2006, at 9:30 AM a.m./p.m. The time period from January 12, 2006 to February 15, 2006 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

ORDERED this 11th day of January, 2006.

_____
UNITED STATES MAGISTRATE JUDGE