**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No. 06-16-CKK |
| ) | |
| v. ) | Count One: 18 U.S.C. § 371 |
| ) | (Conspiracy) |
| ) | Count Two: 18 U.S.C. § 201 |
| ROBERT J. STEIN, JR., ) | (Bribery) |
| ) | Count Three: 18 U.S.C. § |
| Defendant. ) | 1956(h) (Money Laundering |
| ) | Conspiracy) |
| ) | Count Four: 18 U.S.C. § |
| ) | 922(g)(1)(Felon in Possession |
| ) | of Firearm) |
| ) | Count Five: 18 U.S.C. §§ |
| ) | 922(o)(Possession of a Machine |
| ) | Gun) and 2 (Aiding, Abetting, |
| ) | and Causing) |

**ELEMENTS OF OFFENSES**

To prove conspiracy (18 U.S.C. § 371) as charged in Count 1 of the Information, the Government must establish:

*First*: That the defendant and at least one other person made an agreement to commit the crime of bribery, or wire fraud, or interstate transport of stolen property as charged in the Information;

*Second*: That the defendant knew the unlawful purpose of the agreement and joined in it willfully, that is, with the intent to further the unlawful purpose; and

*Third*: That one of the conspirators during the existence of the conspiracy knowingly committed at least one of the overt acts described in the Information, in order to accomplish some object or purpose of the conspiracy.

To prove bribery (18 U.S.C. § 201(b)(2)(a) & (c)) as charged in Count 2 of the Information, the Government must establish:

*First:* That the defendant was a public official;

*Second*:   That the defendant, directly or indirectly, corruptly demanded, sought, received, accepted, or agreed to accept and receive something of value personally or for any other person or entity; and

*Third*:   That the Defendant did so in return for being influenced in his performance of an official act or being influenced to do or omit to do any act in violation of his official duty.

To prove Money Laundering Conspiracy (18 U.S.C. § 1956(h)) as charged in Count 3 of the Information, the Government must establish:

*First*:   That the defendant and at least one other person, in some way or manner, came to a mutual understanding to try to accomplish a common and unlawful plan to commit money laundering in violation of 18 U.S.C. §§ 1956(h), 1956(a), and 1957; and

*Second*:   That the defendant knew the unlawful purpose of the agreement and joined in it knowingly and voluntarily.

To prove Possession of a Firearm by a Convicted Felon (18 U.S.C. § 922(g)(1)) as charged in Count 4 of the Information, the Government must establish:

*First*:   That the defendant knowingly possessed a firearm in or affecting interstate commerce, as charged in the Information; and

*Second*:   That before the Defendant possessed the firearm the Defendant had been convicted in a court of a crime punishable by imprisonment for a term in excess of one year, that is, a felony offense.

To prove Possession of a Machine Gun (18 U.S.C. § 922(o)(1)) as charged in Count 5 of the Information, the Government must establish:

*First*:   That the defendant knowingly possessed a "machine gun," defined as any weapon which shoots, is designed to shoot or can be readily restored to shoot,

>   automatically more than one shot, without manual reloading, by a single function of the trigger; and

*Second*:   That the Defendant knew, or was aware of, the essential characteristics of the firearm which made it a "machine gun".

>   DATED: January 30, 2006
>
>   RICHARD WEBER
>   Chief, Asset Forfeiture and Money
>       Laundering Section
>
>   NOEL L. HILLMAN
>   Chief, Public Integrity Section
>
>   _____
>   JAMES A. CROWELL IV
>   MARK YOST
>   PATRICK MURPHY
>   ANN C. BRICKLEY
>
>   Trial Attorneys
>   U.S. Department of Justice
>   Criminal Division
>   1400 New York Ave., NW
>   Washington, DC 20005
>   (202) 514-1412
>   james.crowell@usdoj.gov
>   Mark.yost@usdoj.gov
>   Patrick.murphy@usdoj.gov
>   Ann.brickley@usdoj.gov

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that on this 30th day of January, 2006, I caused to be served by regular mail a copy of the foregoing filing:

    Carlos J. Vanegas
    Federal Public Defender for the District of Columbia
    625 Indiana Ave. NW, Suite 550
    Washington, DC. 20004

                                      _____
                                      JAMES A. CROWELL IV
                                      Trial Attorney
                                      U.S. Department of Justice
                                      Criminal Division
                                      Public Integrity Section
                                      1400 New York Ave., NW,
                                      Suite 12100
                                      Washington, DC 20005
                                      (202) 514-1412
                                      james.crowell@usdoj.gov