AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Robert J. Stein Jr.

WAIVER OF INDICTMENT

CASE NUMBER: 06-16 CKK

I, ROBERT JOSEPH STEIN Jr _____, the above named defendant, who is accused of

**FILED**

FEB 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ____2/2/06____ prosecution by indictment and consent that the
                       Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Rita Bosworth

Before _Colleen Kollar-Kotelly_
        Judicial Officer