UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                         )<br>)<br>ROBERT D. STEIN                         )<br>) | Crim. No.: 06-0016 (CCK) |

**DEFENDANT'S UNOPPOSED MOTION FOR A TRANSFER
TO THE ARLINGTON COUNTY DETENTION CENTER**

  Robert D. Stein, through undersigned counsel, and in consultation with counsel for the United States respectfully moves the Court to order his transfer from the District of Columbia Jail to the Arlington County Detention Center in Arlington, Virginia pending further proceedings in his criminal case.

  In support of the Motion, undersigned counsel states:

  1. On February 2, 2006 Mr. Stein appeared before the Court for the entry of a guilty plea. Mr. Stein pled guilty to a four-count criminal information charging him with Conspiracy, Bribery, Money Laundering, and two Firearm Possession charges. Mr. Stein is scheduled for a Status Hearing on May 12, 2006.

  2. Since he was arrested on November 14, 2005, in Fayetteville North Carolina Mr. Stein has been detained in various facilities, including the District of Columbia Central Detention Facility (the DC Jail) and the Central Treatment Facility (CTF). When Mr. Stein has been detained at the Central Detention Facility, undersigned counsel has noticed a visible deterioration in his health. Undersigned counsel has visited Mr. Stein on seven occasions at the Central

Detention Facility since he appeared before Magistrate Judge Alan Kay for initial appearance on December 6, 2005. The last visit at the Central Detention Facility took place on February 21, 2006. Undersigned counsel visited Mr. Stein at the Central Treatment Facility on three occasions in the month of January 2006.

3. When undersigned counsel visited Mr. Stein at the Central Detention Facility (DC Jail) he always appeared very fatigued, at times disoriented, and visibly suffering and shaking from chills. When Mr. Stein was detained at the Central Treatment Facility his health and overall well being appeared to improve substantially. Unfortunately, not long after Mr. Stein was transferred back to the Central Detention Facility his health noticeably deteriorated and the previously described symptoms resurfaced.

4. Mr. Stein has for years been under a medication regime for various ailments. At this point undersigned counsel is concerned that a prolonged stay at the Central Detention Facility is detrimental to Mr. Stein's overall health, both physical and mental.

5. Undersigned counsel has spoken with Department of Justice Lawyers, James Crowell and Ann Brickley, regarding undersigned's concerns and the instant Motion. Mr. Crowell and Ms. Brickley do not oppose the Motion to transfer Mr. Stein to the Arlington County Detention Center. The Arlington County Detention Facility has been identified as a viable placement since Mr. Stein was transferred out of the Central Treatment Facility (CTF) because a defendant charged with similar and related financial crimes is currently detained there.

Wherefore, for the foregoing reasons, Mr. Stein respectfully requests that the Court grant the Unopposed Motion for his transfer to the Arlington County Detention Center.

        Respectfully submitted,
A.J. KRAMER
FEDERAL PUBLIC DEFENDER


\_\_\_\_\_/s/_____
Carlos J. Vanegas
Rita Bosworth
Assistant Federal Public Defenders
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202)  208-7500