UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Crim. No.: 06-0016 (CCK) |
| v. ) | |
| ) | |
| ROBERT D. STEIN ) | |
| ) | |

## ORDER

Upon consideration of the Defendant's Unopposed Motion for a transfer to the Arlington County Detention Center, it is hereby

**ORDERED** that defendant's motion is granted; and it is

**FURTHER ORDERED** that the United States Marshal Service transfer defendant Robert D. Stein from the District of Columbia Jail to the Arlington County Detention Center in Arlington, Virginia pending further proceedings.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

_____
DATE

U.S. Marshall Service
333 Constitution Ave., NW
Washington, DC 2002

District of Columbia Jail
Records Department
1901 D. Street, SE
Washington, DC 20003

James Crowell, Esq
Ann Brickley, Esq
Department of Justice
1400 New York Ave., NW
12th Floor
Washington, D.C.

Carlos J. Vanegas
Rita Bosworth
Office of the Federal Public Defender
for the District of Columbia
625 Indiana Ave., NW
Washington, D.C. 20004