UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :
                             :
         Plaintiff            :   CRIMINAL NO. 06-016
                             :   Judge Colleen Kollar-Kotelly
    vs.                      :
                             :
ROBERT J. STEIN, JR.          :
                             :
         Defendant            :

## ORDER

That the U.S. Probation Department shall prepare and file a pre-sentence report for ROBERT J. STEIN, JR., by no later than November 22, 2006; and it is

FURTHER ORDERED that the Government shall file Memorandum in Aid of Sentencing, by no later than December 13, 2006; and it is

FURTHER ORDERED that the Defendant shall file its response to Memorandum in Aid of Sentencing, by no later than December 22, 2006; and it is

FURTHER ORDERED that the defendant shall be sentenced in Courtroom #28A on January 12, 2007 AT 9:30 A.M.

IT IS SO ORDERED,

Date: Sept. 13, 2006

_____
Colleen Kollar-Kotelly
United States District Judge

cc: Chambers      Probation
    File          James Crowell, Ann Brickley, Patrick Murphy, AUSAs
    Pretrial      Carlos Vanegas, Rita Bosworth, AFPDs