<u>PRAECIPE FOR SUBPOENA</u>

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim No. 1:06-cr-16 (ckk) |
| | ) |
| Robert J. STEIN, Jr., Defendant | ) |
| | ) |

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated below for appearance before said Court at Washington, D.C., in United States District Court at 9 o'clock a.m., on the 12th of January, 2007, then and there to testify on behalf of the United States at a sentencing hearing in this matter:

1. Custodian of Records, Washington Mutual Bank

2. Custodian of Records, Fort Bragg Federal Credit Union

This 11th day October, 2007

        Respectfully submitted,

        RICHARD WEBER
        CHIEF,
        ASSET FORFEITURE AND MONEY LAUNDERING SECTION

        By: _____
        MARK J. YOST
        Trial Attorney

Subpoena issued: October ___, 2007.