AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

DISTRICT OF     COLUMBIA

| UNITED STATES OF AMERICA | SUBPOENA IN A |
|---|---|
| V. | CRIMINAL CASE |
| ROBERT J. STEIN, Defendant | CASE NUMBER: 1:06-cr-16 (CKK) |

TO: Custodian of Records
       Bragg Federal Credit Union
       Fayetteville, NC

**X** YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| UNITED STATES DISTRICT COURT<br>333 Constitution Ave<br>Washington, DC 20001 | Courtroom 28A |
|  | DATE AND TIME<br>January 12, 2007<br>9 a.m. |

**X** YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See Attachment A.

Records may be produced to S/A Randy Gregory, IRS Criminal Investigations, on or before October 25, 2006, in lieu of appearing at Sentencing Hearing on January 12, 2007.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| NANCY MAYER WHITTINGTON, CLERK OF THE COURT | October 11, 2006 |
| (By) Deputy Clerk |  |

ATTORNEY'S NAME, ADDRESS and PHONE NUMBER:
Mark J. Yost, Trial Attorney
Criminal Division, U.S. Department of Justice
1400 New York Ave., N.W., Washington DC 20005  (202) 514-5616

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

| PROOF OF SERVICE | | | |
|---|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE | |
| SERVED | DATE | PLACE | |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES   ☐ NO    AMOUNT $_____ | |
| SERVED BY (PRINT NAME) | | TITLE | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____           _____
                     *Date*                                *Signature of Server*

                                       _____
                                       *Address of Server*

ADDITIONAL INFORMATION

ATTACHMENT A TO Trial (Sentencing hearing) subpoena ISSUED TO:
Bragg Mutual Federal Credit Union

ALL OPEN AND CLOSED ACCOUNTS

For the years: September, 2005 - Present

All records pertaining to Robert J. Stein, including but not limited to account number 42825, whether held jointly or severally or as trustee or fiduciary as well as custodian, executor or guardian as well as any other entity in which these individuals or entities may have a financial interest.

To include all accounts in which Robert J. Stein has signatory authority and/or the right of withdrawal.

These records should include but are not limited to:

SAVINGS ACCOUNT RECORDS: Including signature cards, ledger cards or records reflecting dates and amounts of deposits, withdrawals, interest, debit and credit memos, deposit slips, checks deposited, withdrawal slips, and checks issued for withdrawals, Forms 1099 issued.

CHECKING ACCOUNT RECORDS: Including signature cards, bank statements, deposit slips, checks deposited, checks drawn on the account, records pertaining to all debit and credit memos, Forms 1099 issued.

LOAN RECORDS: Including applications, financial statements, loan collateral, credit and background investigations, loan agreements, notes or mortgages, settlement sheets, contracts, checks issued for loans, repayment records, including records revealing the date, amount and method of repayment (cash or check), checks used to repay loans and a record disclosing the total amount of discount or interest paid annually, records of any liens, loan correspondence files, and internal bank memoranda.

SAFE DEPOSIT BOX RECORDS: Including contracts, access records, and records of rental fees paid disclosing the date, amount, and method of payment (cash or check).

CERTIFICATES OF DEPOSIT AND MONEY MARKET CERTIFICATES: Including applications, actual instruments(s), records of purchases and redemption's, checks issued on redemption, checks used to purchase certificate, any correspondence and any Forms 1099 issued, records revealing the annual interest paid or accumulated, the dates of payment or date interest is earned, checks issued for interest payments.

U.S. TREASURY NOTES AND BILLS: All records of the purchase of U.S. Treasury Bills and Notes and/or subsequent sale of such bills or notes, including interest paid, checks used for the purchase or sale of the notes and bills, Forms 1099 issued, checks

issued for interest payments, records of interest paid or accumulated revealing the dates and amount of interest paid or accumulated.

CREDIT CARD RECORDS:  Including customer's application, signature card, credit or background investigations conducted, correspondence, monthly billing statements, individual charge invoices, repayment records disclosing the dates, amounts and method (cash or check) of repayment, checks used to make repayments (front and back).

PURCHASES OF BANK CHECKS:  Purchases of bank checks, cashier, teller, travelers' check records, or money order records including the check register, file copies of the checks or money orders, records revealing the date and source of payment for said checks or money orders.

OTHER RECORDS:  Records of certified checks, wire transfers, or collections, letters of credit, bonds and securities purchased through your bank, savings bond transactions and investment accounts.  Such records that disclose the date and amount of the transaction, method (cash or check) and source of payment, instruments and statements of transactions.

All correspondence with the above persons/entities and/or with third parties regarding the above persons/entities.  All memoranda, notes, files, or records relating to meetings or conversations concerning the above persons/entities.

RECORD FORMAT: In addition to hard copies, records are requested in the form of magnetic media.  Data may be provided in 3 1/2 inch diskettes or compact disks (CDs).  ASCII fixed length files are preferred, however, ASCII delimited format is acceptable.  A record layout for the data is also requested.

**AT THIS TIME, PLEASE PROVIDE THE MONTHLY STATEMENTS.  UPON REVIEW, WE RESERVE THE RIGHT TO REQUEST ADDITIONAL ITEMS OF INTEREST UNDER THIS PARTICULAR SUBPOENA.**