AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

DISTRICT OF    COLUMBIA

| UNITED STATES OF AMERICA | SUBPOENA IN A |
|---|---|
| v. | CRIMINAL CASE |
| ROBERT J. STEIN, Defendant | CASE NUMBER: 1:06-cr-16 (CKK) |

TO:   Custodian of Records
Washington Mutual,
The WAMU Center, 1301 Second Avenue
Mail Stop # WMT 2107
Seattle, WA 98101

**X** YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| UNITED STATES DISTRICT COURT<br>333 Constitution Ave<br>Washington, DC 20001 | Courtroom 28A |
| | DATE AND TIME<br>January 12, 2007<br>9 a.m. |

**X** YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See Attachment A.

Records may be produced to S/A Randy Gregory, IRS Criminal Investigations, on or before October 25, 2006, in lieu of appearing at Sentencing Hearing on January 12, 2007.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| NANCY MAYER WHITTINGTON, CLERK OF THE COURT | October 11, 2006 |
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS and PHONE NUMBER:
Mark J. Yost, Trial Attorney
Criminal Division, U.S. Department of Justice
1400 New York Ave., N.W., Washington DC 20005   (202) 514-5616

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

| PROOF OF SERVICE ||||
|---|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE ||
| SERVED | DATE | PLACE ||
| SERVED ON (PRINT NAME) ||| FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES  ☐ NO   AMOUNT $_____ |
| SERVED BY (PRINT NAME) || TITLE ||

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct..

**Executed on** _____        _____
                    Date                                                Signature of Server

                                                            _____
                                                                        Address of Server

ADDITIONAL INFORMATION

Attachment A to Trial Subpoena -- U.S. v. Stein

FOR THE YEARS: 2003 - Present

All records relative to financial transactions with Providian Visa Credit Card# ███████, exp. ███████, Robert J. Stein, SSN# ███████ Cynthia W. Stein, SSN# ███████, and Esther E. Crane, SSN# ███████.

Such records to include but not limited to:

CREDIT CARD RECORDS:

Including customer's application, signature card, credit or background investigations conducted by the bank, correspondence, monthly billing statements, individual charge invoices, repayment records disclosing the dates, amounts and method (cash or check) of repayment, checks used to make repayments (front and back).

RECORD FORMAT:

In addition to hard copies, records are requested in the form of magnetic media. Data may be provided in 3 1/2 inch diskettes or compact disks (CDs). ASCII fixed length files are preferred, however, ASCII delimited format is acceptable. A record layout for the data is also requested.

**AT THIS TIME, PLEASE PROVIDE THE CUSTOMER'S APPLICATION, SIGNATURE CARD, AND MONTHLY STATEMENTS. UPON REVIEW, WE RESERVE THE RIGHT TO REQUEST ADDITIONAL ITEMS OF INTEREST UNDER THIS PARTICULAR SUBPOENA.**