**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 06-016 (CKK) |
| | ) | |
| ROBERT J. STEIN, JR., | ) | |
| Defendant. | ) | |
| _____ | ) | |

**UNITED STATES' CONSENT MOTION TO CHANGE TIME
OF SENTENCING HEARING**

Defendant Robert J. Stein is due to be sentenced at 9:00 a.m. on January 29, 2007. Due to a scheduling conflict, the United States respectfully files this consent motion to change the time of the sentencing hearing from 9:00 a.m. to 2:00 p.m. on January 29, 2007.

As of the time of this filing, lead counsel for the government, James Crowell, has a conflicting appointment the morning of January 29, 2007. Government counsel has conferred with the attorney for Defendant Stein, and he has consented to the filing of this motion and the re-setting of the sentencing for 2:00 p.m. on January 29, 2007.

A proposed order is attached.

DATED: January 19, 2007.


EDWARD C. NUCCI
Acting Chief, Public Integrity Section


/s/ James A. Crowell IV
JAMES A. CROWELL IV
ANN C. BRICKLEY

Trial Attorneys
U.S. Department of Justice
Criminal Division
Public Integrity Section
1400 New York Ave., NW
Washington, DC 20530
(202) 514-1412
james.crowell@usdoj.gov
Ann.brickley@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,        )
                                 )
          v.                     )        Criminal No. 06-016 (CKK)
                                 )
ROBERT J. STEIN, JR.,            )
                                 )
          Defendant.             )
_____  )

**ORDER**

By consent motion dated January 19, 2007, the United States
moved for an order changing the time of Defendant Stein's
sentencing hearing from 9:00 a.m. on January 29, 2007, to 2:00
p.m. on January 29, 2007.  Having read and considered the
government's submission, the United States' Motion to Change Time
of Sentencing Hearing is hereby GRANTED, and it is hereby

ORDERED that the Sentencing Hearing in this matter is
rescheduled for 2:00 p.m. on January 29, 2007.


ORDERED this _____ day of _____, 2007.


_____

UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that on this 19TH day of January, 2007, I caused to be served by a copy of the foregoing filing to Carlos Vanegas, Esq., Counsel for Defendant Stein, via CM/ECF electronic mail system.


/s/ James A. Crowell IV
JAMES A. CROWELL IV
Trial Attorney
U.S. Department of Justice
Criminal Division
Public Integrity Section
10th & Constitution Ave., NW
Washington, DC 20530
(202) 514-1412
james.crowell@usdoj.gov