IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Criminal No. 06-016 (CKK) |
| ) | |
| ROBERT J. STEIN, JR., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

By consent motion dated January 19, 2007, the United States moved for an order changing the time of Defendant Stein's sentencing hearing from 9:00 a.m. on January 29, 2007, to 2:00 p.m. on January 29, 2007. Having read and considered the government's submission, the United States' Motion to Change Time of Sentencing Hearing is hereby GRANTED, and it is hereby

ORDERED that the Sentencing Hearing in this matter is rescheduled for 2:00 p.m. on January 29, 2007.

ORDERED this 19th day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE