UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 24 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

-against-

ROBERT J. STEIN, JR.

Defendant.

Cr. No. 06-16

The Honorable Colleen Kollar-Kotelly

## VERIFIED CLAIM AND STATEMENT OF INTEREST OF JP MORGAN CHASE BANK, AS SUCCESSOR IN INTEREST TO CHASE MANHATTAN BANK, N.A., AS LIENHOLDER OF 2003 PORSCHE 911, VIN: WP0AB29953S696097 (THE "VEHICLE")

I, Yarris R. Long, am a Collection Specialist for JP Morgan Chase Bank as successor in interest to Chase Manhattan Bank, N.A. ("JP Morgan"). Pursuant to 18 U.S.C. §§ 981; 982; 21 U.S.C. 853(n) ; 28 U.S.C. § 2461, I submit this Verified Claim and Statement of Interest as to the Vehicle seized by the United States of America as set forth in its Order of Forfeiture and petition the Court for a hearing to adjudicate the validity of JP Morgan's interest in the Vehicle.

### CLAIM OF INTEREST

### 2003 Porsche 911, VIN: WP0AB29953S696097

1. On December 23, 2002, Paul A. Meegan ("Meegan") executed a Illinois Simple Interest Vehicle Retail Installment Contract with Balloon Payment (the "Contract") with Porsche Exchange Semersky Ent., Inc., 2300 Skokie Valley Road, Highland Park, IL 60035 (the "Seller") to finance the purchase of the Vehicle. A copy of the Lease is attached as "Exhibit A."

2. The Seller assigned the Contract to JP Morgan for value and before maturity. The Contract granted JP Morgan a security interest in the Vehicle, which security interest was duly perfected as evidenced by the Certificate of Title of a Vehicle attached hereto as "Exhibit B."

261740.1

3.  The Contract states that a default occurs if "any person tries to take any of your property by legal proceedings while it is in your possession or control." See Contract at **"DEFAULT"** (emphasis in original).

4.  Meegan defaulted under the Contract when the United States of America seized the Vehicle and commenced this proceeding that seeks the forfeiture of the Vehicle to the United States of America.

5.  Upon the default, JP Morgan became entitled to possession of the Vehicle.

6.  For the reasons set forth above, JP Morgan has expressed a verified claim and statement of interest in the Vehicle sought for forfeiture.

7.  JP Morgan requests the following relief: that (1) the Court determine, pursuant to 21 U.S.C. 853(n) (2007), that JP Morgan has a legal right, title, and interest in the Vehicle that renders the Order of Forfeiture invalid, in whole or in part, because the right, title, or interest was vested in JP Morgan rather than the defendant and/or was superior to any right, title, or interest of the defendant at the time of the commission of the acts which gave rise to the forfeiture of the property; (2) the Court amend the Order of Forfeiture accordingly, and (3) any other relief that the Court determines is necessary or appropriate.

**WHEREFORE,** JP Morgan respectfully petitions the court for a hearing to adjudicate the validity of its interest in the Vehicle pursuant to 21 U.S.C. 853(n) (2007) and Federal Rule of Criminal Procedure 32.2.

261740.1

Dated: 5/24/2007

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: _____
A. Daniel Ullman II, Esq. (D.D.C. Bar No. 459500)
The Colorado Building
1341 G Street, NW
Suite 500
Washington, D.C. 20005
(202) 626-7660 (telephone)
(202) 628-3606 (facsimile)

## VERIFICATION

I verify under penalty of perjury that the foregoing statement of interest is true and correct, that (1) JP Morgan Chase Bank, as successor in interest to Chase Manhattan Bank, N.A., has a security interest in the Vehicle, and that (2) I am a Collection Specialist for JP Morgan Chase Bank, as successor in interest to Chase Manhattan Bank, N.A., and I am authorized to make this claim on behalf of JP Morgan Chase Bank as successor in interest to Chase Manhattan Bank, N.A.

Executed on the ___ day of May, 2007

_____
Yarris R. Long

Sworn to before me this
18th day of May, 2007

_____
Notary Public

OFFICIAL SEAL
MARSHA P. LASSITER
NOTARY PUBLIC – ARIZONA
MARICOPA COUNTY
My Comm. Expires 07-30-2010

- 3 -
261740.1

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a copy of the foregoing **VERIFIED CLAIM AND STATEMENT OF INTEREST OF JP MORGAN CHASE BANK, AS SUCCESSOR IN INTEREST TO CHASE MANHATTAN BANK, N.A., AS LIENHOLDER OF 2003 PORSCHE 911, VIN: WP0AB29953S696097 (THE "VEHICLE")** was served via facsimile (by agreement of the parties) and First Class Mail on this 24th day of May, 2007 to:

    United States Department of Justice
    Attn: Trial Attorney, Patrick T. Murphy
    10th & Constitution Ave., N.W.
    Criminal Division, AFMLS
    Bond Building, Washington, D.C. 20530

    _____
    A. Daniel Ullman II

261740.1