04/18/2007   17:35   8000592975

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| WP0AB29953S696097 | 2003 | PORSCHE | 911 GT2 | COUPE | T3029792001 |
| WP0AB29953S696097 | | | | | |

| DATE ISSUED | ODOMETER | CCM | PURCHASED | DATE PURCHASE DATE |
|---|---|---|---|---|
| 01/29/03 | 87 / 87 | | NEW | 12/23/02 |

MOBILE HOME SQ. FT.

TYPE OF TITLE
**ORIGINAL**

MAILING ADDRESS

CHASE MANHATTAN BANK USA NA
POB 29214
PHOENIX AZ 85038

LEGEND(S)
ACTUAL MILEAGE

OWNER(S) NAME AND ADDRESS
PAUL A MEEGAN
11 WINDMERE LN
SOUTH BARRINGTON IL 60010

FIRST LIENHOLDER NAME AND ADDRESS
CHASE MANHATTAN BANK USA NA
POB 29214
PHOENIX AZ 85038

SECOND LIENHOLDER NAME AND ADDRESS

### RELEASE OF LIEN

The holder of lien on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

| Print Name | By | Signature of Authorized Agent |
|---|---|---|
| | By | Signature of Authorized Agent |

NEW LIEN ASSIGNMENT. This information below must be on an application for title and presented to the Secretary of State.
Secured Party                                    Address

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address.

"I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
WARNING-ODOMETER DISCREPANCY

"If this vehicle is one of more than 5 commercial vehicles owned by an identity who operates vehicle is not damaged by more than 25.10% of its fair market value unless this document is accompanied by a salvage application.

| ODOMETER READING | NO TENTHS |
|---|---|

Signature(s) of Seller(s)
Printed Name(s) of Seller(s)                                    DATE OF SALE
"I am aware of the above odometer certification made by seller.
Signature(s) of Buyer(s)
                                    Printed Name

I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances. IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS, AT SPRINGFIELD

D29725831

CONTROL NO.

JESSE WHITE, Secretary of State

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS

**EXHIBIT**
B

...onal said State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

**DEALER ONLY**

Name of Purchaser _____ Street _____ City _____ State ____ Zip ____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING | NO. TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale _____ Dealer's Name _____ Dealer No. ____

Agent's Signature _____ Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent _____ Printed Name (same as signature)

---

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

**DEALER ONLY**

Name of Purchaser _____ Street _____ City _____ State ____ Zip ____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING | NO. TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale _____ Dealer's Name _____ Dealer No. ____

Agent's Signature _____ Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent _____ Printed Name (same as signature)

---

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

**DEALER ONLY**

Name of Purchaser _____ Street _____ City _____ State ____ Zip ____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING | NO. TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale _____ Dealer's Name _____ Dealer No. ____

Agent's Signature _____ Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent _____ Printed Name (same as signature)

---

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

**DEALER ONLY**

Name of Purchaser _____ Street _____ City _____ State ____ Zip ____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING | NO. TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale _____ Dealer's Name _____ Dealer No. ____

Agent's Signature _____ Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent _____ Printed Name (same as signature)

---

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

**DEALER ONLY**

Name of Purchaser _____ Street _____ City _____ State ____ Zip ____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING | NO. TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale _____ Dealer's Name _____ Dealer No. ____

Agent's Signature _____ Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent _____ Printed Name (same as signature)

---

LIENHOLDER INFORMATION IS REQUIRED ON THE APPLICATION
DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS

VSD 40   19