UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

-against-   Cr. No. 06-16

ROBERT J. STEIN, JR.   The Honorable Colleen Kollar-Kotelly

Defendant.

## ORDER

**UPON CONSIDERATION OF** the Verified Claim and Statement of Interest of JP Morgan Chase Bank, as Successor In Interest to Chase Manhattan Bank, N.A., as Lienholder Of 2003 Porsche 911, VIN: WP0AB29953S696097 (the "Vehicle"), it is this _____ day of _____, 2007;

**ORDERED** that the Court sets a hearing date for _____ to adjudicate the validity of JP Morgan's interest in the Vehicle.

_____
The Honorable Colleen Kollar-Kotelly
U.S. District Court for the District of Columbia

- 6 -

261740.1

Copies to:

A. Daniel Ullman II
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
1341 G Street, N.W.
Suite 500
Washington, D.C. 20005

United States Department of Justice
Attn: Trial Attorney, Patrick T. Murphy
10th & Constitution Ave., N.W.
Criminal Division, AFMLS
Bond Building, Washington, D.C. 20530