## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | Cr. No. 06-16 |
| ROBERT J. STEIN, JR. | The Honorable Colleen Kollar-Kotelly |
| Defendant. | |

### JOINT MOTION TO EXTEND TIME TO FILE JOINT STATUS REPORT REGARDING JPMORGAN CHASE BANK N.A.'S VERIFIED CLAIM AND STATEMENT AS LIENHOLDER OF 2003 PORSCHE 911, VIN: WP0AB29953S696097 AND SUPPORTING STATEMENT OF POINTS AND AUTHORITIES

**COME NOW**, The United States of America and JPMorgan Chase Bank, N.A. as successor in interest to Chase Manhattan Bank, N.A. ("JP Morgan"), by counsel, pursuant to Federal Rule of Criminal Procedure 47, and respectfully request a four week extension, until November 21, 2007, to file the parties' Joint Status Report. In support of their Joint Motion to Extend Time to File Joint Status Report, the parties state the following:

1. On May 24, 2007, JP Morgan filed a Verified Claim and Statement of Interest in this action (the "Verified Claim"). See Verified Claim, attached at Exhibit 1.

2. On October 3, 2007, the Court entered a Minute Order stating:

> the United States and JP Morgan shall file a Joint Status Report addressing the following matters: (1) Whether they wish to engage in mediation prior to setting a hearing on JP Morgan's Verified Claim; and (2) If a hearing will be necessary, the evidence they anticipate offering, the witnesses they anticipate calling, and the amount of time they would request for the hearing.

October 3, 2007 Minute Order, attached as Exhibit 2.

277677.1

3.    In an effort to resolve this matter without an evidentiary hearing, the parties are currently discussing resolution strategies and exchanging documents relating to the Verified Claim.

4.    In order to provide enough time to thoroughly review the relevant documents in this matter, and to continue discussing resolution strategies, the parties jointly request a four week extension, until November 21, 2007, to file their Joint Status Report.

5.    The parties do not anticipate the need for any future extensions.

**WHEREFORE,** the parties respectfully request a four week extension, until November 21, 2007, to file their Joint Status Report in this matter.

Dated:  October 23, 2007                Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

By:     /s/                                                              
A. Daniel Ullman II, Esq. (D.D.C. Bar No. 459500)
The Colorado Building
1341 G Street, N.W.
Suite 500
Washington, D.C.  20005
(202) 626-7660 (telephone)
(202) 628-3606 (facsimile)
Counsel for JPMorgan Chase Bank, N.A.

By:     /s/                                                              
Kate Albrecht, Esq. (D.D.C. Bar No. 491221)
United States Department of Justice:
Criminal Division, Public Integrity Section
1400 New York Avenue, N.W.
Washington, D.C.  20005
(202) 305-7348 (telephone)
(202) 514-3003 (facsimile)
Counsel for The United States of America

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing JOINT MOTION TO EXTEND TIME TO FILE JOINT STATUS REPORT REGARDING JPMORGAN CHASE BANK N.A.'S VERIFIED CLAIM AND STATEMENT AS LIENHOLDER OF 2003 PORSCHE 911, VIN: WP0AB29953S696097 AND SUPPORTING STATEMENT OF POINTS AND AUTHORITIES was served via ECF filing on this 23rd day of October , 2007 to:

> United States Department of Justice
> Attn: Trial Attorney, Kate Albrecht
> Criminal Division, Public Integrity Section
> 1400 New York Avenue, N.W.
> Washington, D.C. 2053020005
> (202) 305-7348 (telephone)
> (202) 514-3003 (facsimile)
> (via Electronic Mail Only)

> United States Department of Justice
> Attn: Trial Attorney, Ann C. Brickley
> 1400 New York Avenue, NW
> 12th Floor
> Washington, D.C. 20004

> United States Department of Justice
> Attn: Trial Attorney, Ethan Levisohn
> Criminal Division, Public Integrity Section
> 1400 New York Avenue, NW
> Suite 12100
> Washington, D.C. 20005

/s/ _____
A. Daniel Ullman II

277677.1