**From:** DCD_ECFNotice@dcd.uscourts.gov [mailto:DCD_ECFNotice@dcd.uscourts.gov]
**Sent:** Wednesday, October 03, 2007 1:56 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:06-cr-00016-CKK USA v. STEIN Order

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 10/3/2007 at 1:55 PM and filed on 10/2/2007
**Case Name:**       USA v. STEIN
**Case Number:**     1:06-cr-16
**Filer:**
**Document Number:** No document attached

**Docket Text:**
MINUTE ORDER as to ROBERT J. STEIN, JR.: On May 24, 2007, JP Morgan Chase Bank ("JP Morgan") filed a Verified Claim and Statement of Interest in this action. Pursuant to 21 U.S.C. 853(n), it appears that the next step is a hearing to adjudicate the validity of JP Morgan's alleged interest in the vehicle seized by the United States, unless the Government and JP Morgan are able to resolve this matter short of a hearing. Accordingly, on or before October 24, 2007, the United States and JP Morgan shall file a Joint Status Report addressing the following matters: (1) Whether they wish to engage in mediation prior to setting a hearing on JP Morgan's Verified Claim; and (2) If a hearing will be necessary, the evidence they anticipate offering, the witnesses they anticipate calling, and the amount of time they would request for the hearing. Signed by Judge Colleen Kollar-Kotelly on 10/2/07. (dot, )


**1:06-cr-16-1 Notice has been electronically mailed to:**
A. Daniel Ullman, II ullmand@wemed.com
James A. Crowell, IV james.a.crowell@usdoj.gov



EXHIBIT 2

10/12/2007

Carlos J. Vanegas carlos_vanegas@fd.org, montserrat_a_fernandez@fd.org
Mark Yost mark.yost@usdoj.gov
Rita Bosworth rita_bosworth@fd.org
Patrick T. Murphy patrick.murphy@usdoj.gov
Ann C. Brickley ann.brickley@usdoj.gov

**1:06-cr-16-1 Notice will be delivered by other means to::**

10/12/2007