## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

-against-

ROBERT J. STEIN, JR.

Defendant.

Cr. No. 06-16

The Honorable Colleen Kollar-Kotelly

## JOINT MOTION TO EXTEND TIME TO FILE JOINT STATUS REPORT REGARDING JPMORGAN CHASE BANK N.A.'S VERIFIED CLAIM AND STATEMENT AS LIENHOLDER OF 2003 PORSCHE 911, VIN: WP0AB29953S696097 AND SUPPORTING STATEMENT OF POINTS AND AUTHORITIES

**COME NOW**, The United States of America and JPMorgan Chase Bank, N.A. as successor in interest to Chase Manhattan Bank, N.A. ("JP Morgan"), by counsel, pursuant to Federal Rule of Criminal Procedure 47, and respectfully request an extension until February 8, 2008 to file the parties' Joint Status Report. In support of their Joint Motion to Extend Time to File Joint Status Report, the parties state the following:

1.       On October 23, 2007, the Court granted the parties' Joint Motion and extended the Joint Status Report deadline to November 21, 2007 in order to allow the parties to continue discussing resolution strategies and exchange documents relating to the Verified Claim. See October 23, 2007 Order, attached as Exhibit 1.

2.       In this regard, the parties have tentatively agreed to a resolution of the Verified Claim, pending review of documents, ultimate client approval, and an agreement on the specific logistics of the resolution.

3.       Currently, the parties are negotiating a Stipulation of Settlement.

285172.1

4.      In order to provide enough time to finalize their resolution of the Verified Claim, the parties jointly request an extension until February 8, 2008 to file to their Joint Status Report.

5.      The parties believe that this additional time will likely obviate the need for an evidentiary hearing.

6.      The parties do not anticipate the need for any future extensions.

**WHEREFORE,** the parties respectfully request an extension until February 8, 2008 to file their Joint Status Report in this matter.

Dated:  January 4, 2008                 Respectfully submitted,

                                        **WILSON, ELSER, MOSKOWITZ,**
                                        **EDELMAN & DICKER LLP**

                              By:    /s/_____
                                     A. Daniel Ullman II, Esq. (D.D.C. Bar No. 459500)
                                     The Colorado Building
                                     1341 G Street, N.W.
                                     Suite 500
                                     Washington, D.C.  20005
                                     (202) 626-7660 (telephone)
                                     (202) 628-3606 (facsimile)
                                     Counsel for JPMorgan Chase Bank, N.A.

                              By:    /s/_____
                                     Kate Albrecht, Esq. (D.D.C. Bar No. 491221)
                                     United States Department of Justice:
                                     10th & Constitution Ave., N.W.
                                     Criminal Division, AFMLS
                                     Bond Building, Washington, D.C.  20530
                                     (202) 305-7348 (telephone)
                                     (202) 514-3003 (facsimile)
                                     Counsel for The United States of America

285172.1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing JOINT MOTION TO EXTEND TIME TO FILE JOINT STATUS REPORT REGARDING JPMORGAN CHASE BANK N.A. 'S VERIFIED CLAIM AND STATEMENT AS LIENHOLDER OF 2003 PORSCHE 911, VIN: WP0AB29953S696097 AND SUPPORTING STATEMENT OF POINTS AND AUTHORITIES was served via ECF filing on this 4th day of January 2008 to:

> United States Department of Justice
> Attn: Trial Attorney, Kate Albrecht
> 10th & Constitution Ave., N.W.
> Criminal Division, AFMLS
> Bond Building, Washington, D.C.  20530
> (via Electronic Mail Only)

> United States Department of Justice
> Attn: Trial Attorney, Ann C. Brickley
> 1400 New York Avenue, NW
> 12th Floor
> Washington, D.C.  20004

> United States Department of Justice
> Attn: Trial Attorney, James C. Crowell, IV
> Criminal Division, Public Integrity Section
> 1400 New York Avenue, NW
> Suite 12100
> Washington, D.C.  20005

> United States Department of Justice
> Attn: Trial Attorney, Mark Yost
> 1400 New York Avenue, NW
> Room 2116
> Washington, D.C.  20530

> United States Department of Justice
> Attn: Trial Attorney, Patrick T. Murphy
> Asset Forfeiture & Money Laundering
> Criminal Division
> 1400 New York Avenue, NW
> Washington, D.C.  20530

/s/_____
A. Daniel Ullman II

285172.1

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

-against-

ROBERT J. STEIN, JR.

Defendant.

Cr. No. 06-16

The Honorable Colleen Kollar-Kotelly

## **ORDER**

**UPON CONSIDERATION OF** the parties' Joint Motion to Extend Time to File Joint Status Report Regarding JPMorgan Chase Bank N.A.'s Verified Claim and Statement as Lienholder of 2003 Porsche 911, VIN: WP0AB29953S696097 and Supporting Statement of Points And Authorities, it is this _____ day of _____, 2008;

**ORDERED** that the Motion is Granted in its entirety; and it is further

**ORDERED** that by February 8, 2008 the United States and JP Morgan shall file a Joint Status Report addressing the following matters: (1) Whether they wish to engage in mediation prior to setting a hearing on JP Morgan's Verified Claim; and (2) if a hearing will be necessary, the evidence they anticipate offering, the witnesses they anticipate calling, and the amount of time they would request for the hearing.

_____
The Honorable Colleen Kollar-Kotelly
U.S. District Court for the District of Columbia

285172.1