UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ROBERT J. STEIN, JR.<br><br>Defendant. | Cr. No. 06-16<br><br>The Honorable Colleen Kollar-Kotelly<br><br>**FILED**<br><br>OCT 2 3 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**ORDER**

**UPON CONSIDERATION OF** the parties' Joint Motion to Extend Time to File Joint Status Report Regarding JPMorgan Chase Bank N.A.'s Verified Claim and Statement as Lienholder of 2003 Porsche 911, VIN: WP0AB29953S696097 and Supporting Statement of Points And Authorities, it is this 23rd day of October, 2007;

**ORDERED** that the Motion is Granted in its entirety; and it is further

**ORDERED** that by November 21, 2007, the United States and JP Morgan shall file a Joint Status Report addressing the following matters: (1) whether they wish to engage in mediation prior to setting a hearing on JP Morgan's Verified Claim; and (2) if a hearing will be necessary, the evidence they anticipate offering, the witnesses they anticipate calling, and the amount of time they would request for the hearing.

_____
The Honorable Colleen Kollar-Kotelly
U.S. District Court for the District of Columbia

- 4 -

277677.1

**EXHIBIT 1**