UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ROBERT J. STEIN, JR.<br><br>Defendant. | Cr. No. 06-16<br><br>The Honorable Colleen Kollar-Kotelly |

### JOINT MOTION TO EXTEND TIME TO FILE JOINT STATUS REPORT REGARDING JPMORGAN CHASE BANK N.A.'S VERIFIED CLAIM AND STATEMENT AS LIENHOLDER OF 2003 PORSCHE 911, VIN: WP0AB29953S696097 AND SUPPORTING STATEMENT OF POINTS AND AUTHORITIES

**COME NOW**, The United States of America and JPMorgan Chase Bank, N.A. as successor in interest to Chase Manhattan Bank, N.A. ("JP Morgan"), by counsel, pursuant to Federal Rule of Criminal Procedure 47, and respectfully request an extension until March 10, 2008 to file the parties' Joint Status Report. In support of their Joint Motion to Extend Time to File Joint Status Report, the parties state the following:

1. On October 23, 2007, the Court granted the parties' Joint Motion and extended the Joint Status Report deadline to November 21, 2007 in order to allow the parties to continue discussing resolution strategies and exchange documents relating to the Verified Claim.

2. In this regard, the parties have tentatively agreed to a resolution of the Verified Claim, pending review of documents, ultimate client approval, and an agreement on the specific logistics of the resolution.

3. Currently, the parties are negotiating a Stipulation of Settlement.

285172.2

4.     In order to provide enough time to finalize their resolution of the Verified Claim, the parties jointly request an extension until March 10, 2008 to file to their Joint Status Report.

5.     The parties believe that this additional time will likely obviate the need for an evidentiary hearing.

6.     The parties do not anticipate the need for any future extensions.

**WHEREFORE,** the parties respectfully request an extension until March 10, 2008 to file their Joint Status Report in this matter.

Dated: January 31, 2008                    Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

By:    /s/
A. Daniel Ullman II, Esq. (D.D.C. Bar No. 459500)
The Colorado Building
1341 G Street, N.W.
Suite 500
Washington, D.C. 20005
(202) 626-7660 (telephone)
(202) 628-3606 (facsimile)
Counsel for JPMorgan Chase Bank, N.A.

By:    /s/
Kate Albrecht, Esq. (D.D.C. Bar No. 491221)
United States Department of Justice
10th & Constitution Ave., N.W.
Criminal Division, AFMLS
Bond Building, Washington, D.C. 20530
(202) 305-7348 (telephone)
(202) 514-3003 (facsimile)
Counsel for The United States of America

285172.2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing JOINT MOTION TO EXTEND TIME TO FILE JOINT STATUS REPORT REGARDING JPMORGAN CHASE BANK N.A. 'S VERIFIED CLAIM AND STATEMENT AS LIENHOLDER OF 2003 PORSCHE 911, VIN: WP0AB29953S696097 AND SUPPORTING STATEMENT OF POINTS AND AUTHORITIES was served via ECF filing on this 31st day of January 2008 to:

United States Department of Justice
Attn: Trial Attorney, Kate Albrecht
10th & Constitution Ave., N.W.
Criminal Division, AFMLS
Bond Building, Washington, D.C. 20530
(via Electronic Mail Only)

United States Department of Justice
Attn: Trial Attorney, Ann C. Brickley
1400 New York Avenue, NW
12th Floor
Washington, D.C. 20004

United States Department of Justice
Attn: Trial Attorney, James C. Crowell, IV
Criminal Division, Public Integrity Section
1400 New York Avenue, NW
Suite 12100
Washington, D.C. 20005

United States Department of Justice
Attn: Trial Attorney, Mark Yost
1400 New York Avenue, NW
Room 2116
Washington, D.C. 20530

United States Department of Justice
Attn: Trial Attorney, Patrick T. Murphy
Asset Forfeiture & Money Laundering
Criminal Division
1400 New York Avenue, NW
Washington, D.C. 20530

/s/
A. Daniel Ullman II

285172.2