UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | Cr. No. 06-16 |
| ROBERT J. STEIN, JR. | The Honorable Colleen Kollar-Kotelly |
| Defendant. | |

**ORDER**

**UPON CONSIDERATION OF** the parties' Joint Motion to Extend Time to File Joint Status Report Regarding JPMorgan Chase Bank N.A.'s Verified Claim and Statement as Lienholder of 2003 Porsche 911, VIN: WP0AB29953S696097 and Supporting Statement of Points And Authorities, it is this _____ day of _____, 2008;

**ORDERED** that the Motion is Granted in its entirety; and it is further

**ORDERED** that by March 10, 2008 the United States and JP Morgan shall file a Joint Status Report addressing the following matters: (1) Whether they wish to engage in mediation prior to setting a hearing on JP Morgan's Verified Claim; and (2) if a hearing will be necessary, the evidence they anticipate offering, the witnesses they anticipate calling, and the amount of time they would request for the hearing.

_____
The Honorable Colleen Kollar-Kotelly
U.S. District Court for the District of Columbia

285172.2