UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB - 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

-against-

ROBERT J. STEIN, JR.

Defendant.

Cr. No. 06-16

The Honorable Colleen Kollar-Kotelly

## ORDER

**UPON CONSIDERATION OF** the parties' Joint Motion to Extend Time to File Joint Status Report Regarding JPMorgan Chase Bank N.A.'s Verified Claim and Statement as Lienholder of 2003 Porsche 911, VIN: WP0AB29953S696097 and Supporting Statement of Points And Authorities, it is this 4th day of Feb., 2008;

**ORDERED** that the Motion is Granted in its entirety; and it is further

**ORDERED** that by March 10, 2008 the United States and JP Morgan shall file a Joint Status Report addressing the following matters: (1) Whether they wish to engage in mediation prior to setting a hearing on JP Morgan's Verified Claim; and (2) if a hearing will be necessary, the evidence they anticipate offering, the witnesses they anticipate calling, and the amount of time they would request for the hearing.

_____
The Honorable Colleen Kollar-Kotelly
U.S. District Court for the District of Columbia

285172.2

(N)