**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

                    -against-                                    Cr. No. 06-16

ROBERT J. STEIN, JR.                                The Honorable Colleen Kollar-Kotelly

                    Defendant.

**JOINT NOTICE OF BANKRUPTCY STAY**
**RELATING TO JPMORGAN CHASE BANK N.A.'S VERIFIED CLAIM AND**
**STATEMENT AS LIENHOLDER OF 2003 PORSCHE 911, VIN: WP0AB29953S696097**
**AND SUPPORTING STATEMENT OF POINTS AND AUTHORITIES**

        **COME NOW**, The United States of America and JPMorgan Chase Bank, N.A. as

successor in interest to Chase Manhattan Bank, N.A. ("JP Morgan"), by counsel, pursuant to

Federal Rule of Criminal Procedure 47, and respectfully provide notice of the Bankruptcy Stay

relating to JPMorgan Chase Bank N.A.'s Verified Claim and Statement as Lienholder of 2003

Porsche 911, VIN: WP0AB29953S696097, as follows:

        1.        On May 24, 2007, JP Morgan filed a Verified Claim pursuant to 21 U.S.C. 853(n)

(2007) concerning a 2003 Porsche 911, VIN: WP0AB29953S696097 (the "Vehicle").  Under

information and belief, the last-known owner and registered title-holder of the Vehicle is Paul

Meegan ("Meegan").

        2.        On the evening of March 5, 2006, Wilson, Elser, Moskowitz, Edelman and

Dicker, LLP ("Wilson Elser") discovered that Meegan filed for Chapter 13 Bankruptcy on

January 24, 2008, in the Northern District of Illinois.  <u>See</u> Paul Meegan Voluntary Bankruptcy

Petition, attached as Exhibit 1; Bankruptcy Docket, attached as Exhibit 2.  The next day, on

March 6, 2008, Wilson Elser informed Kate Albrecht (counsel for the United States) about

Meegan's Bankruptcy filing.

　　　　3.　　　As a result, this matter is automatically stayed.  <u>See</u> 11 U.S.C. 1301(a) (2007)

(codifying the automatic stay for Chapter 13 filings); <u>In re Mizuno</u>, No. 96-55077, 1997 U.S.

App. LEXIS 25314, *8 (9th Cir. September 17, 1997) (holding that section 21 U.S.C. 853(n)

petitions are "civil in nature" and therefore subject to the automatic bankruptcy stay) <u>citing</u> <u>U.S.</u>

<u>v. Alcaraz-Garcia</u>, 70 F.3d 769, 772-773 (9th Cir. 1996).


Dated:  March 7, 2008　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**WILSON, ELSER, MOSKOWITZ,**
　　　　　　　　　　　　　　　　　**EDELMAN & DICKER LLP**

　　　　　　　　　　By:　　 /s/
　　　　　　　　　　　　　　A. Daniel Ullman II, Esq. (D.D.C. Bar No. 459500)
　　　　　　　　　　　　　　The Colorado Building
　　　　　　　　　　　　　　1341 G Street, N.W.
　　　　　　　　　　　　　　Suite 500
　　　　　　　　　　　　　　Washington, D.C.  20005
　　　　　　　　　　　　　　(202) 626-7660 (telephone)
　　　　　　　　　　　　　　(202) 628-3606 (facsimile)
　　　　　　　　　　　　　　Counsel for JPMorgan Chase Bank, N.A.


　　　　　　　　　　By:　　 /s/
　　　　　　　　　　　　　　Kate Albrecht, Esq. (D.D.C. Bar No. 491221)
　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　10th & Constitution Ave., N.W.
　　　　　　　　　　　　　　Criminal Division, AFMLS
　　　　　　　　　　　　　　Bond Building, Washington, D.C.  20530
　　　　　　　　　　　　　　(202) 305-7348 (telephone)
　　　　　　　　　　　　　　(202) 514-3003 (facsimile)
　　　　　　　　　　　　　　Counsel for The United States of America

- 2 -

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a copy of the foregoing JOINT NOTICE OF BANKRUPTCY STAY RELATING TO JPMORGAN CHASE BANK N.A.'S VERIFIED CLAIM AND STATEMENT AS LIENHOLDER OF 2003 PORSCHE 911, VIN: WP0AB29953S696097 AND SUPPORTING STATEMENT OF POINTS AND AUTHORITIES was served via ECF filing on this 7th day of March 2008 to:

        United States Department of Justice
        Attn: Trial Attorney, Kate Albrecht
        10th & Constitution Ave., N.W.
        Criminal Division, AFMLS
        Bond Building, Washington, D.C.  20530
        (via Electronic Mail Only)

        United States Department of Justice
        Attn: Trial Attorney, Ann C. Brickley
        1400 New York Avenue, NW
        12th Floor
        Washington, D.C.  20004

        United States Department of Justice
        Attn: Trial Attorney, James C. Crowell, IV
        Criminal Division, Public Integrity Section
        1400 New York Avenue, NW
        Suite 12100
        Washington, D.C.  20005

        United States Department of Justice
        Attn: Trial Attorney, Mark Yost
        1400 New York Avenue, NW
        Room 2116
        Washington, D.C.  20530

        United States Department of Justice
        Attn: Trial Attorney, Patrick T. Murphy
        Asset Forfeiture & Money Laundering
        Criminal Division
        1400 New York Avenue, NW
        Washington, D.C.  20530

            /s/_____
            A. Daniel Ullman II