# U.S. Bankruptcy Court
## Northern District of Illinois (Chicago)
### Bankruptcy Petition #: 08-01579

*Assigned to:* A. Benjamin Goldgar
Chapter 13
Voluntary
Asset

*Date Filed:* 01/24/2008

*Debtor*
**Paul Meegan**
11 Windemree Lane
South Barrington, IL 60010
SSN: xxx-xx-8655

represented by **Chad M. Hayward**
343 W. Erie
Suite 510
Chicago, IL 60610
312 867 3640
Fax : 312 276 4539
Email: chadmhayward@yahoo.com

*Joint Debtor*
**Margaret Meegin**
11 Windemree Lane
South Barrington, IL 60010
SSN: xxx-xx-0214

represented by **Chad M. Hayward**
(See above for address)

*Trustee*
**Marilyn O Marshall**
224 South Michigan Ste 800
Chicago, IL 60604
312-431-1300

*U.S. Trustee*
**William T Neary**
Office of the U.S. Trustee, Region 11
227 W. Monroe Street
Suite 3350
Chicago, IL 60606
312-886-5785

**EXHIBIT 2**

| Filing Date | # | Docket Text |
|---|---|---|
| 01/24/2008 | 1 | Chapter 13 Voluntary Petition Fee Amount $274, Filed by Chad M. Hayward on behalf of Paul Meegin, Margaret Meegin Government Proof of Claim due by 7/22/2008. Chapter 13 Plan due by 2/8/2008. (Hayward, Chad) (Entered: 01/24/2008) |
| 01/24/2008 | 2 | Chapter 13 Plan Filed by Chad M. Hayward on behalf of Margaret Meegin, Paul Meegin. (Hayward, Chad) (Entered: 01/24/2008) |

| | | |
|---|---|---|
| 01/24/2008 | 3 | Chapter 13 Statement of Current Monthly and Disposable Income Filed by Chad M. Hayward on behalf of Margaret Meegin, Paul Meegin. (Hayward, Chad) (Entered: 01/24/2008) |
| 01/24/2008 | 4 | Statement of Social Security Number(s) Filed by Chad M. Hayward on behalf of Margaret Meegin, Paul Meegin. (Hayward, Chad) (Entered: 01/24/2008) |
| 01/24/2008 | 5 | Receipt of Voluntary Petition (Chapter 13)(08-01579) [misc,volp13a] ( 274.00) Filing Fee. Receipt number 8212678. Fee Amount $ 274.00 (U.S. Treasury) (Entered: 01/24/2008) |
| 01/25/2008 | 6 | Meeting of Creditors with 341(a) meeting to be held on 02/28/2008 at 02:30 PM at 224 South Michigan, Suite 800, Chicago, Illinois 60604. Confirmation hearing to be held on 03/25/2008 at 11:00 AM at 219 South Dearborn, Courtroom 613, Chicago, Illinois 60604. Proof of Claim due by 05/28/2008. Objection to Dischargeability due by 04/28/2008. (admin, ) (Entered: 01/25/2008) |
| 01/25/2008 | 7 | Request for Chapter 13 341 Meeting of Creditors . (Gutierrez, Evelyn) (Entered: 01/25/2008) |
| 01/25/2008 | 8 | BNC Certificate of Service - Meeting of Creditors. (RE: 7 Request for Chapter 13 341 Meeting of Creditors). No. of Notices: 9. Service Date 01/27/2008. (Admin.) (Entered: 01/27/2008) |
| 01/25/2008 | 9 | BNC Certificate of Service - PDF Document. (RE: 2 Chapter 13 Plan). No. of Notices: 14. Service Date 01/27/2008. (Admin.) (Entered: 01/27/2008) |
| 01/28/2008 | 10 | Declaration Re: Electronic Filing Filed by Chad M. Hayward on behalf of Paul Meegin. (Hayward, Chad) (Entered: 01/28/2008) |
| 01/28/2008 | 11 | Certificate of Credit Counseling Filed by Chad M. Hayward on behalf of Paul Meegin. (Hayward, Chad) (Entered: 01/28/2008) |
| 01/28/2008 | 12 | Certificate of Credit Counseling Filed by Chad M. Hayward on behalf of Margaret Meegin. (Hayward, Chad) (Entered: 01/28/2008) |
| 01/28/2008 | 13 | Amended Petition to correct: Debtors' name from Meegin to Meegan Filed by Chad M. Hayward on behalf of Margaret Meegin, Paul Meegin. (Hayward, Chad) (Entered: 01/28/2008) |
| 01/31/2008 | 14 | Notice of Appearance and Request for Notice Filed by Gloria C Tsotsos on behalf of Astoria Ferderal Savings & Loan. (Tsotsos, Gloria C) (Entered: 01/31/2008) |
| | | |

| | | |
|---|---|---|
| 02/06/2008 | 15 | Objection to Confirmation of Plan Filed by Gloria C Tsotsos on behalf of Astoria Ferderal Savings & Loan (RE: 2 Chapter 13 Plan). (Attachments: # 1 Proposed Order)(Tsotsos, Gloria C) (Entered: 02/06/2008) |
| 02/06/2008 | 16 | Notice of Filing Filed by Gloria C Tsotsos on behalf of Astoria Ferderal Savings & Loan (RE: 15 Objection to Confirmation of the Plan). (Tsotsos, Gloria C) (Entered: 02/06/2008) |
| 02/20/2008 | 17 | Notice of Motion and Application for Compensation for Chad M. Hayward, Debtor's Attorney, Fee: $3000.00, Expenses: $0.00. Filed by Chad M. Hayward. Hearing scheduled for 3/25/2008 at 11:00 AM at 219 South Dearborn, Courtroom 613, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order # 2 Model Retention Agreement) (Hayward, Chad) (Entered: 02/20/2008) |
| 02/27/2008 | 18 | Notice of Motion and Motion to Dismiss Case Filed by Marilyn O Marshall Hearing scheduled for 3/11/2008 at 10:00 AM at 219 South Dearborn, Courtroom 613, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Olivadoti, Anthony) (Entered: 02/27/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/06/2008 08:13:42 | | | |
| PACER Login: | we0014 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 08-01579 Fil or Ent: filed From: 11/7/2007 To: 3/6/2008 Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| Billable Pages: | 2 | Cost: | 0.16 |