IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 1:06-cr-16-CKK |
| ROBERT J. STEIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## GOVERNMENT'S SECOND MOTION TO UNSEAL

The United States, by and through its undersigned counsel, respectfully moves the Court

to unseal the Government's Sentencing Statement and Departure Motion, filed under seal on

December 5, 2006.  The information contained in the Sentencing Statement and Departure

Motion will no longer jeopardize the criminal investigation and prosecution of this and related

cases.  The government therefore asks the Court to direct the Clerk of Court to unseal the

Government's Sentencing Statement and Departure Motion.  A proposed order is attached.

Respectfully submitted,

WILLIAM M. WELCH II
Chief

Dated Mar. 10, 2008          By:      /s/ Michael Ferrara
ANN C. BRICKLEY
MICHAEL FERRARA
Trial Attorneys
Public Integrity Section
Criminal Div., U.S. Dep't of Justice
1400 New York Ave. NW, 12th Fl.
Washington, DC 20005
Tel.: 202-514-1412

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    )
                            )
           v.               )            No. 1:06-cr-16-CKK
                            )
ROBERT J. STEIN,            )            **ORDER**
                            )
           Defendant.       )
_____)

     The government's motion to unseal is granted and it is hereby ordered that the

Government's Sentencing Statement and Departure Motion, filed under seal on December 5,

2006, is unsealed.

     SO ORDERED this _____ day of March 2008.


                                                            _____
                                                            HON. COLLEEN KOLLAR-KOTELLY
                                                            United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2008, I caused Carlos J. Vanegas, counsel to defendant

Robert J. Stein, to be electronically notified of the attached motion and proposed order, via filing

on CM/ECF.

/s/ Michael Ferrara
Trial Attorney