IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| ) | | **FILED** |
| v. ) | No. 1:06-cr-16-CKK | |
| ) | | MAR 1 1 2008 |
| ROBERT J. STEIN, ) | ORDER | |
| ) | | NANCY MAYER WHITTINGTON, CLERK |
| Defendant. ) | | U.S. DISTRICT COURT |
| _____) | | |

The government's motion to unseal is granted and it is hereby ordered that the Government's Sentencing Statement and Departure Motion, filed under seal on December 5, 2006, is unsealed.

SO ORDERED this ____11th____ day of March 2008.

_____
HON. COLLEEN KOLLAR-KOTELLY
United States District Judge