UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ROBERT J. STEIN, JR.<br><br>Defendant. | Cr. No. 06-16<br><br>The Honorable Colleen Kollar-Kotelly |

### NOTICE OF LIFTING OF BANKRUPTCY STAY AND JOINT MOTION TO EXTEND TIME TO FILE JOINT STATUS REPORT REGARDING JPMORGAN CHASE BANK N.A.'S VERIFIED CLAIM AND STATEMENT AS LIENHOLDER OF 2003 PORSCHE 911, VIN: WP0AB29953S696097 AND SUPPORTING STATEMENT OF POINTS AND AUTHORITIES

**COME NOW**, The United States of America and JPMorgan Chase Bank, N.A. as successor in interest to Chase Manhattan Bank, N.A. ("JP Morgan"), by counsel, pursuant to Federal Rule of Criminal Procedure 47, and respectfully request an extension until June 13, 2008 to file the parties' Joint Status Report. In support of their Joint Motion to Extend Time to File Joint Status Report, the parties state the following:

1. On May 24, 2007, JP Morgan filed a Verified Claim pursuant to 21 U.S.C. 853(n) (2007) concerning a 2003 Porsche 911, VIN: WP0AB29953S696097 (the "Vehicle"). Under information and belief, the last-known owner and registered title-holder of the Vehicle is Paul Meegan ("Meegan").

2. On March 7, 2008, the parties notified the Court that Meegan filed for Chapter 13 Bankruptcy on January 24, 2008, in the Northern District of Illinois. As a result, this matter was automatically stayed pursuant to 11 U.S.C. 1301 (2007).

300298.1

3. Under information and belief, the U.S. Bankruptcy Court of the Northern District of Illinois lifted Meegan's bankruptcy stay on April 23, 2008. See Paul Meegan Bankruptcy Docket, Entry No. 22, attached as Exhibit 1.

4. The parties have settled this matter in principle and are currently negotiating a settlement agreement.

5. In order to provide enough time to finalize settlement, the parties jointly request an extension until June 13, 2008 to file to their Joint Status Report.

6. The parties do not anticipate the need for any future extensions.

**WHEREFORE,** the parties respectfully request an extension until June 13, 2008 to file their Joint Status Report in this matter.

Dated: May 16, 2008                    Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

By:    /s/
A. Daniel Ullman II, Esq. (D.D.C. Bar No. 459500)
The Colorado Building
1341 G Street, N.W.
Suite 500
Washington, D.C. 20005
(202) 626-7660 (telephone)
(202) 628-3606 (facsimile)
Counsel for JPMorgan Chase Bank, N.A.

By: /s/_____
Kate Albrecht, Esq. (D.D.C. Bar No. 491221)
United States Department of Justice
10th & Constitution Ave., N.W.
Criminal Division, AFMLS
Bond Building, Washington, D.C. 20530
(202) 305-7348 (telephone)
(202) 514-3003 (facsimile)
Counsel for The United States of America

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing NOTICE OF LIFTING OF BANKRUPTCY STAY AND JOINT MOTION TO EXTEND TIME TO FILE JOINT STATUS REPORT REGARDING JPMORGAN CHASE BANK N.A.'S VERIFIED CLAIM AND STATEMENT AS LIENHOLDER OF 2003 PORSCHE 911, VIN: WP0AB29953S696097 AND SUPPORTING STATEMENT OF POINTS AND AUTHORITIES was served via ECF filing on this 16th day of May 2008 to:

United States Department of Justice
Attn: Trial Attorney, Kate Albrecht
10th & Constitution Ave., N.W.
Criminal Division, AFMLS
Bond Building, Washington, D.C. 20530
(via Electronic Mail Only)

United States Department of Justice
Attn: Trial Attorney, Ann C. Brickley
1400 New York Avenue, NW
12th Floor
Washington, D.C. 20004

United States Department of Justice
Attn: Trial Attorney, James C. Crowell, IV
Criminal Division, Public Integrity Section
1400 New York Avenue, NW
Suite 12100
Washington, D.C. 20005

United States Department of Justice
Attn: Trial Attorney, Mark Yost
1400 New York Avenue, NW
Room 2116
Washington, D.C. 20530

United States Department of Justice
Attn: Trial Attorney, Patrick T. Murphy
Asset Forfeiture & Money Laundering
Criminal Division
1400 New York Avenue, NW
Washington, D.C. 20530

/s/
A. Daniel Ullman II

300298.1