UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ROBERT J. STEIN, JR.<br><br>Defendant. | Cr. No. 06-16<br><br>The Honorable Colleen Kollar-Kotelly |

## ORDER

**UPON CONSIDERATION OF** the parties' Notice of Lifting Bankruptcy Stay and Joint Motion to Extend Time to File Joint Status Report Regarding JPMorgan Chase Bank N.A.'s Verified Claim and Statement as Lienholder of 2003 Porsche 911, VIN: WP0AB29953S696097 and Supporting Statement of Points And Authorities, it is this _____ day of _____, 2008;

**ORDERED** that the Motion is Granted in its entirety; and it is further

**ORDERED** that on June 13, 2008 the United States and JP Morgan shall file a Joint Status Report addressing the following matters: (1) whether they wish to engage in mediation prior to setting a hearing on JP Morgan's Verified Claim; and (2) if a hearing will be necessary, the evidence they anticipate offering, the witnesses they anticipate calling, and the amount of time they would request for the hearing.

                                                                _____
                                                                The Honorable Colleen Kollar-Kotelly
                                                                U.S. District Court for the District of Columbia

300298.1