UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. No. 1:06-16 (CKK) |
| v. | : | |
| **ROBERT J. STEIN, JR.,** | : | |
| **Defendant** | : | |

## UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Kathryn H. Albrecht, and enters her notice of appearance on behalf of the United States in the above-styled case.

Respectfully submitted this 28th day of May, 2007.

William M. Welch II
Acting Chief
Public Integrity Section

**s/Kathryn H. Albrecht**
BY: _____
Kathryn H. Albrecht
Trial Attorney
Criminal Division
Public Integrity Section
10th Street & Constitution Avenue, NW
Washington, DC 20530
Phone: (202) 305-7348
Fax: (202) 514-3003
Email: kate.albrecht@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify on this 28th day of May 2008, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

A. Daniel Ullman, II
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
1341 G Street, NW
Suite 500
Washington, DC 20005
(202)626-7660
Email: ullmand@wemed.com


      William M. Welch II
      Chief
      Public Integrity Section

      **s/Kathryn H. Albrecht**
BY:  _____
      Kathryn H. Albrecht
      Trial Attorney
      Criminal Division
      Public Integrity Section
      10th Street & Constitution Avenue, NW
      Washington, DC 20530
      Phone: (202) 305-7348
      Fax: (202) 514-3003
      Email: kate.albrecht@usdoj.gov