## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

-against-

ROBERT J. STEIN, JR.

Defendant.

Cr. No. 06-16

The Honorable Colleen Kollar-Kotelly

## JOINT STIPULATION OF SETTLEMENT

**WHEREAS**, by the filing of a Motion for Preliminary Order of Forfeiture ("Forfeiture Motion"), dated January 23, 2007, plaintiff United States of America seeks forfeiture of, inter alia, the following property:

One Porsche automobile, VIN WP0AB29953S696097 (the "Vehicle"); and

**WHEREAS**, a payment of $69,361.65 (the "Payment") was received by JPMorgan Chase Bank, N.A., as successor in interest to Chase Manhattan Bank, N.A. (the "Claimant"), on or about April 27, 2004, which partially satisfied Claimant's lien on the Vehicle, and

**WHEREAS**, the Vehicle was seized pursuant to a seizure warrant issued on November 28, 2005, and is currently in the custody of the United States Internal Revenue Service, and

**WHEREAS**, a Verified Claim and Statement of Interest in the Vehicle was filed on May 24, 2007, by Claimant (the "Verified Claim"),

**IT IS HEREBY STIPULATED AND AGREED**, by and between plaintiff United States of America, by its undersigned Department of Justice trial attorney, and Claimant, by counsel, as follows:

302129.1

1.      Claimant agrees to withdraw its Verified Claim and relinquishes all right, title and interest it has in the Vehicle to the United States of America.

2.      In exchange, the United States of America and the Internal Revenue Service agree not to seek a forfeiture of the Payment on any basis, including that such Payment constitutes the proceeds or instrumentality of the underlying crime as set forth in United States v. Robert J. Stein, Jr., Criminal No. 06-16.[1]

3.      The United States of America waives all rights and interest in the Payment.


Dated:  June 6, 2008                          Respectfully submitted,

                                              **WILSON, ELSER, MOSKOWITZ,**
                                              **EDELMAN & DICKER LLP**

                                      By:     /s/
                                              A. Daniel Ullman II, Esq. (D.D.C. Bar No. 459500)
                                              The Colorado Building
                                              1341 G Street, N.W.
                                              Suite 500
                                              Washington, D.C.  20005
                                              (202) 626-7660 (telephone)
                                              (202) 628-3606 (facsimile)
                                              Counsel for JPMorgan Chase Bank, N.A.

---

[1] Claimant is not, and has never been, a party to the criminal activity described in the Information.

By:     /s/
        _____
        Kathryn H. Albrecht, Esq. (D.D.C. Bar No. 491221)
        United States Department of Justice
        10th & Constitution Ave., N.W.
        Criminal Division, Public Integrity Section
        Bond Building, Washington, D.C.  20530
        (202) 305-7348 (telephone)
        (202) 514-3003 (facsimile)
        Counsel for The United States of America

302129.1

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a copy of the foregoing JOINT STIPULATION OF SETTLEMENT was served via ECF filing on this 6th day of June 2008 to:

> Kathryn H. Albrecht, Esq.
> United States Department of Justice
> 10th & Constitution Ave., N.W.
> Criminal Division, Public Integrity Section
> Bond Building, Washington, D.C. 20530
>
> United States Department of Justice
> Attn: Trial Attorney, Ann C. Brickley
> 1400 New York Avenue, NW
> 12th Floor
> Washington, D.C. 20004
>
> United States Department of Justice
> Attn: Trial Attorney, James C. Crowell, IV
> Criminal Division, Public Integrity Section
> 1400 New York Avenue, NW
> Suite 12100
> Washington, D.C. 20005
>
> United States Department of Justice
> Attn: Trial Attorney, Mark Yost
> 1400 New York Avenue, NW
> Room 2116
> Washington, D.C. 20530
>
> United States Department of Justice
> Attn: Trial Attorney, Patrick T. Murphy
> Asset Forfeiture & Money Laundering
> Criminal Division
> 1400 New York Avenue, NW
> Washington, D.C. 20530

/s/ _____
A. Daniel Ullman II

302129.1

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

-against-

ROBERT J. STEIN, JR.

Defendant.

Cr. No. 06-16

The Honorable Colleen Kollar-Kotelly

<u>**ORDER**</u>

**UPON CONSIDERATION OF** the parties' Joint Stipulation of Settlement, it is this _____

day of _____, 2008;

**ORDERED** that the Stipulation of Settlement is entered in its entirety; and it is further

**ORDERED** that JPMorgan Chase Bank, N.A., as successor in interest to Chase

Manhattan Bank, N.A.'s (the "Claimant") Verified Claim and Statement of Interest in one

Porsche automobile, VIN WP0AB29953S696097 (the "Vehicle"), filed on May 24, 2007, is

hereby withdrawn; and it is further

**ORDERED** that The United States of America and the Internal Revenue Service will not

seek a forfeiture of a payment of $69,361.65 received by the Claimant, on or about April 27,

2004, which partially satisfied Claimant's lien on the Vehicle (the "Payment"), on any basis,

including that the Payment constitutes the proceeds or instrumentality of the underlying crime as

set forth in <u>United States v. Robert J. Stein, Jr.</u>, Criminal No. 06-16; and it is further

**ORDERED** that The United States of America waives all rights and interest in the

Payment.

_____
The Honorable Colleen Kollar-Kotelly
U.S. District Court for the District of Columbia

302129.1