UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 1 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA, | |
|---|---|
| -against- | Cr. No. 06-16 |
| ROBERT J. STEIN, JR. | The Honorable Colleen Kollar-Kotelly |
| Defendant. | |

## ORDER

UPON CONSIDERATION OF the parties' Joint Stipulation of Settlement, it is this _10th_ day of _June_, 2008;

ORDERED that the Stipulation of Settlement is entered in its entirety; and it is further

ORDERED that JPMorgan Chase Bank, N.A., as successor in interest to Chase Manhattan Bank, N.A.'s (the "Claimant") Verified Claim and Statement of Interest in one Porsche automobile, VIN WP0AB29953S696097 (the "Vehicle"), filed on May 24, 2007, is hereby withdrawn; and it is further

ORDERED that The United States of America and the Internal Revenue Service will not seek a forfeiture of a payment of $69,361.65 received by the Claimant, on or about April 27, 2004, which partially satisfied Claimant's lien on the Vehicle (the "Payment"), on any basis, including that the Payment constitutes the proceeds or instrumentality of the underlying crime as set forth in United States v. Robert J. Stein, Jr., Criminal No. 06-16; and it is further

302129.1

(N)

      **ORDERED** that The United States of America waives all rights and interest in the Payment.

_____
The Honorable Colleen Kollar-Kotelly
U.S. District Court for the District of Columbia

6/10/08

06 CR 16.

302129.1